**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
YERSIKA M GUTIERREZ DE MUNOZ, *individually and on behalf of others similarly situated*,

                          Plaintiff,

    -against-

2501 WEBSTER RESTAURANT CORP, *d/b/a Parilla Latina*, et al.,

                         Defendants.
------------------------------------------ x

ORDER

20 Civ. 3817 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from October 28, 2020 to January 13, 2021 at 9:30 am.

Dated: New York, New York
       October 26, 2020

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge