UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YERSIKA M GUTIERREZ DE MUNOZ, *individually and on behalf of others similarly situated*,

                                      Plaintiff,

          -against-

2501 WEBSTER RESTAURANT CORP, *d/b/a Parilla Latina*, et al.,

                                  Defendants.

------------------------------------- x

ORDER

20 Civ. 3817 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

      The March 3, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Kevin Nathaniel Fox for General Pretrial Supervision.

Dated: New York, New York
       February 25, 2021

                                                  SO ORDERED.

                                                  _____
                                                  GEORGE B. DANIELS
                                                  United States District Judge