```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YERSIKA M GUTIERREZ DE MUNOZ,                :
individually and on behalf of others similarly
situated,                                     :

                    Plaintiff,                :

          - against -                         :        ORDER

2501 WEBSTER RESTAURANT CORP.                 :        20-CV-3817 (GBD)(KNF)
(D/B/A PARRILLA LATINA), PARRILLA
LATINA RESTAURANT INC. (D/B/A                 :
PARRILLA LATINA), YVETTE
IZAGUIRRE, MICHELLE IZAGUIRRE, and            :
ORLENY ROMERO,
                                              :
                    Defendants.
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephonic status conference scheduled previously for July 6, 2021, is rescheduled to July 20, 2021, at 4:00 p.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532.

Dated:  New York, New York                    SO ORDERED:
        June 28, 2021

                                              _____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE