UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YERSIKA M GUTIERREZ DE MUNOZ, :
*individually and on behalf of others similarly
situated*, :

                        Plaintiff, :

               - against - :       ORDER

2501 WEBSTER RESTAURANT CORP. :       20-CV-3817 (GBD)(KNF)
(D/B/A PARRILLA LATINA), PARRILLA
LATINA RESTAURANT INC. (D/B/A :
PARRILLA LATINA), YVETTE
IZAGUIRRE, MICHELLE IZAGUIRRE, and :
ORLENY ROMERO,
                                     :
                      Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Counsel to the defendants failed to participate in the telephonic status conference scheduled for July 20, 2021, at 4:00 p.m. Accordingly, the conference is hereby rescheduled to July 22, 2021, at 4:45 p.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532.

      The parties are reminded that failing to comply with a court order may result in sanctions.

Dated: New York, New York          SO ORDERED:
       July 20, 2021

                                                       _/s/ Kevin Nathaniel Fox_
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE