UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YERSIKA M GUTIERREZ DE MUNOZ,                      :
*individually and on behalf of others similarly
situated*,                                                            :

                Plaintiff,                     :

           - against -                         :        ORDER

2501 WEBSTER RESTAURANT CORP.         :        20-CV-3817 (GBD)(KNF)
(D/B/A PARRILLA LATINA), PARRILLA
LATINA RESTAURANT INC. (D/B/A               :
PARRILLA LATINA), YVETTE
IZAGUIRRE, MICHELLE IZAGUIRRE, and   :
ORLENY ROMERO,
                                                                          :
                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The docket sheet maintained by the Clerk of Court for this action does not reflect that the parties filed their joint pretrial order and the time for doing so has elapsed.  See Docket Entry No. 34. Therefore, on or before November 12, 2021, the parties shall submit their joint pretrial order to the court.  That document must conform to the requirements for such an order that are found in the assigned district judge's Individual Rules of Practice.

      The parties are reminded that failing to comply with a court order may result in sanctions, including the harshest sanctions.

Dated:  New York, New York            SO ORDERED:
        November 5, 2021

                                                             _/s/ Kevin Nathaniel Fox_____
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE

-2-