UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

YERSIKA M GUTIERREZ DE MUNOZ,
*individually and on behalf of others similarly situated,*

                    Plaintiffs,

        -against-

2501 WEBSTER RESTAURANT CORP. (D/B/A PARRILLA LATINA), PARRILLA LATINA RESTAURANT INC. (D/B/A PARRILLA LATINA), YVETTE IZAGUIRRE, MICHELLE IZAGUIRRE, and ORLENY ROMERO,

                    Defendants.
------------------------------------- x

ORDER

20 Civ. 3817 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for July 6, 2022 is adjourned to August 16, 2022 at 10:00 a.m.

Dated: June 29, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge