UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YERSIKA M GUTIERREZ DE MUNOZ,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

2501 WEBSTER RESTAURANT CORP. (D/B/A PARRILLA LATINA), PARRILLA LATINA RESTAURANT INC. (D/B/A PARRILLA LATINA), YVETTE IZAGUIRRE, MICHELLE IZAGUIRRE, and ORLENY ROMERO,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 3817 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for August 16, 2022 is adjourned to October 26, 2022 at 9:45 a.m.

Dated: July 28, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge