UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

YERSIKA M GUTIERREZ DE MUNOZ,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

2501 WEBSTER RESTAURANT CORP. (D/B/A PARRILLA LATINA), PARRILLA LATINA RESTAURANT INC. (D/B/A PARRILLA LATINA), YVETTE IZAGUIRRE, MICHELLE IZAGUIRRE, and ORLENY ROMERO,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 3817 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: October 24, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge