# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 4, 2024

**VIA ECF**  
Hon. George B. Daniels  
United States District Judge  
United States Courthouse  
40 Foley Square,  
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: MAR 0 4 2024

Re: Gutierrez De Munoz, et al v. 2501 Webster Restaurant Corp., et al  
Docket No.: 1:20-cv-03817-GBD-JW

Dear Judge Daniels:

Our office represents Plaintiff in the above-referenced matter. I write to respectfully with the Defendants to request a brief extension of the deadline to file the settlement agreement. The parties apologize for failing to submit the settlement agreement prior to the March 1, 2024 deadline.

The parties have finalized an agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Plaintiffs have executed the agreement but the defendants require additional time to sign the agreement. Therefore the parties respectfully request until March 15, 2024 to submit the fully executed agreement.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Mary Bianco*  
Mary Bianco, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*