# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

March 14, 2024

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States Courthouse
40 Foley Square,
New York, NY 10007

MAR 1 5 2024

SO ORDERED

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:　Gutierrez De Munoz, et al v. 2501 Webster Restaurant Corp., et al
　　　Docket No.: 1:20-cv-03817-GBD-JW

Dear Judge Daniels:

　　Our office represents Plaintiff in the above-referenced matter. I write to respectfully with to request a brief extension of the deadline to file the settlement agreement. This is the second request of its kind.

　　The parties have finalized an agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Plaintiffs have executed the agreement. Defendants' counsel stated that Defendants will be executing the agreement shortly but requires additional time. Therefore, the Plaintiff respectfully requests until March 22, 2024 to submit the fully executed agreement.

　　I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Mary Bianco*
Mary Bianco, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*