UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

YERSIKA M GUTIERREZ DE MUNOZ,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

2501 WEBSTER RESTAURANT CORP. (D/B/A PARRILLA LATINA), PARRILLA LATINA RESTAURANT INC. (D/B/A PARRILLA LATINA), YVETTE IZAGUIRRE, MICHELLE IZAGUIRRE, and ORLENY ROMERO,

                Defendants.

------------------------------------x

ORDER

20 Civ. 3817 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA and NYLL action have reached a settlement and jointly request this Court's approval. (ECF No. 71.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and their joint letter for settlement approval, hereby **GRANTS** the parties' request and **FURTHER ORDERS** that:

1. The settlement agreement in the amount of $10,000.00, which includes attorneys' fees and costs, is **APPROVED**; and

2. This action is **DISMISSED** with prejudice and without costs to any party. This Court shall retain jurisdiction for purposes of enforcement of the settlement agreement.

The Clerk of Court is hereby directed to close open motion at ECF No. 64 and close this case.

Dated: July 23, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge